IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Purches, Constance

Printed: 01/06/09

Case Number:  07 B 00776
Judge:  Goldgar, A. Benjamin
Filed:  1/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 18, 2008
Confirmed: March 6, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,575.00 |  |
| Secured: |  | 203.04 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,286.91 |
| Trustee Fee: |  | 85.05 |
| Other Funds: |  | 0.00 |
| Totals: | 1,575.00 | 1,575.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,000.00 | 1,286.91 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 152.58 | 152.58 |
| 5. | Monterey Financial Services | Secured | 50.46 | 50.46 |
| 6. | Wells Fargo Home Mortgage | Secured | 3,114.66 | 0.00 |
| 7. | Beneficial Illinois Inc | Secured | 1,273.00 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 415.23 | 0.00 |
| 9. | Seventh Avenue | Unsecured | 37.70 | 0.00 |
| 10. | American General Finance | Unsecured | 221.61 | 0.00 |
| 11. | Aspire Visa | Unsecured | 77.33 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 30.51 | 0.00 |
| 13. | Ginny's | Unsecured | 55.02 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 41.79 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 78.47 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 75.25 | 0.00 |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 19. | Sallie Mae | Unsecured |  | No Claim Filed |
| 20. | SST CARD SERVICE | Unsecured |  | No Claim Filed |
| 21. | Mason Direct | Unsecured |  | No Claim Filed |
|  |  |  | $ 7,623.61 | $ 1,489.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Purches, Constance

Printed: 01/06/09

Case Number:  07 B 00776
Judge:  Goldgar, A. Benjamin
Filed:  1/17/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.05 |
|  | $ 85.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

